AUSA: Patricia Reville, Carmi Schickler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA :
:  25 Mag. 3330
-v.- :  IDENTITY AFFIDAVIT
:
ISMAEL CHITOU, :
:
            Defendant. :
:
------------------------------------------------------------x

SOUTHERN DISTRICT OF NEW YORK, ss:

      THOMAS LADIS, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), and charges as follows:

      On or about April 23, 2025, the United States District Court for the District of New Jersey issued four warrants for the arrest of "Ismael Chitou" (the "Warrants") based on four 2023 violation notices (the "Violation Notices") charging "Ismael Chitou" with: (i) Disorderly conduct, in violation of Title 36, Code of Federal Regulations ("C.F.R."), Section 2.34(a)(2); (ii) Lewd behavior, in violation of Title 36, C.F.R., Section 7.29(c); (iii) Simple possession of a controlled substance, in violation of Title 21, United States Code ("U.S.C."), Section 844(a); and (iv) False information, in violation of Title 36, C.F.R., Section 2.32(a)(3). Copies of the Warrants and underlying Violation Notices are attached as Exhibits A, B, C, and D, respectively, and are incorporated by reference herein.

      On or about the morning of October 20, 2025, ISMAEL CHITOU, the defendant, came into the custody of the USMS in the Southern District of New York. I believe that ISMAEL CHITOU is the same person as the "Ismael Chitou" who is wanted by the United States District Court for the District of New Jersey.

      The bases for my knowledge and for the foregoing charges are, in part, as follows:

      1.    I am a Deputy United States Marshal for the United States Marshal Service. I have been personally involved in determining whether ISMAEL CHITOU, the defendant, is the same individual as the "Ismael Chitou" named in the Warrants. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where the contents of documents or records and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

      2.    Based on my participation in this investigation, discussions with members of law enforcement, and review of reports and records, I know that on or about April 23, 2025, the United States District Court for the District of New Jersey issued the Warrants for the arrest of "Ismael

AUSA: Carmi Schickler

5.  Based on the above, I believe that ISMAEL CHITOU, the defendant, is the same person as the "Ismael Chitou" named in the Warrants.

WHEREFORE, I respectfully request that ISMAEL CHITOU, the defendant, be bailed or imprisoned, as the case may be.

Thomas Ladis
Deputy United States Marshal
United States Marshals Service

Sworn to me this 20th day of October, 2025

HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

| United States of America | ) | Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|---|---|
| v. | ) | NJ61 | E1117661 | 07/02/2023 |
| **CHITOU, ISMAEL** | ) | | | |
| **102 SYCAMORE AVE** | ) | Offense(s) | | Amount Due |
| **LIVINGSTON, NJ 07039** | ) | OFFENSIVE GESTURE TOWARD PARK SERVICE EMPLOYEE | | APPEARANCE REQUIRED |
| *Defendant* | ) | | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

RECEIVED
USMS DISTRICT OF NEW JERSEY
MAY 22 2025

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: **April 23, 2025**

*Judge's signature*
HON. ANDREA D BERGMAN

### Return

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: _____   Title: _____   District: _____

Date: _____   Signature: _____

E1117661

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 02, 2023 while exercising my duties as a law enforcement officer in the MONMOUTH District of New Jersey

at approximately 06:50 hrs. I Ranger R. Lovelace Badge#721 received a report from an NPS employee RONALD J. BENNETT that he was asked by a male visitor that had his penis and buttocks exposed to beat him with a paddle like object in the Area of Gunnison Beach Plaza. I identified the suspect as ISMAEL CHITOU born 11/19/1974 of Livingston NJ. using the NJ. state driver license database by way of fingerprinting.

VN E1117661
Case: NP23190207

The foregoing statement is based upon:

☒ my personal observation           ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 07/02/2023
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)       U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEW JERSEY

| United States of America | Location Code(s)/Violation Number(s) | Violation Date(s) |
|---|---|---|
| v. | NJ61    E1117664 | 07/02/2023 |
| CHITOU, ISMAEL<br>102 SYCAMORE AVE<br>LIVINGSTON, NJ 07039 | Offense(s) | Amount Due |
| | WALKING NUDE/GENITALS EXPOSED ON PUBLIC MULTI USE PATH | APPEARANCE REQUIRED |
| *Defendant* | | |

## ARREST WARRANT

RECEIVED
USMS DISTRICT OF NEW JERSEY
MAY 2 2 2025
WARRANTS ENFORCEMENT SECTION

To:    Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: **April 23, 2025**

*Judge's signature*
HON. ANDREA D BERGMAN

### Return

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: _____ Title: _____ District: _____

Date: _____ Signature: _____

E1117664

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 02, 2023 while exercising my duties as a law enforcement officer in the MONMOUTH District of New Jersey

at approximately 06:54 hrs. I USPR R. LOVELACE Badge #721 responded to the area of Gunnison Beach Plaza where I observed a male later identified ISMAEL CHITOU born 11/19/1974 on top of Gunnison Battery laying on his back with his feet in the air and legs spread while shaking his legs and buttocks. While waiting for the arrival of additional officers at the loading dock of Gunnison Plaza I saw CHITOU walking on the visitor Multi-Use Path toward North Beach Plaza with his Penis and Buttocks exposed/unclothed while carrying a large phallic shaped Sex Toy under his arm. I called CHITOU back toward the Plaza and off of the Multi-Use Path.

VN E1117664
Case: NP23190207

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation

☐ Information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 07/02/2023
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy)          U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

AO 238 (Rev. 06/19) Arrest Warrant and Notice Before ~~~st

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

| United States of America | ) | | | |
|---|---|---|---|---|
| v. | ) | **Location Code(s)/Violation Number(s)** | | **Violation Date(s)** |
| **CHITOU, ISMAEL** | ) | NJ61 | E1117663 | 07/02/2023 |
| **102 SYCAMORE AVE** | ) | | | |
| **LIVINGSTON, NJ 07039** | ) | **Offense(s)** | | **Amount Due** |
| | ) | POSSESSION OF DRY PROCESSED MARIJUANA | | APPEARANCE REQUIRED |
| *Defendant* | ) | | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

RECEIVED
USMS DISTRICT OF NEW JERSEY
MAY 22 2025
WARRANTS ENFORCEMENT SECTION

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: **April 23, 2025**

*Judge's signature*
HON. ANDREA D BERGMAN

### Return

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: _____  Title: _____  District: _____

Date: _____  Signature: _____

E1117663

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 02, 2023 while exercising my duties as a law enforcement officer in the MONMOUTH District of New Jersey

at approximately 07:30 hrs. at the Sandy Hook Ranger Station I USPR R. LOVELACE Badge #721 while inventorying the belongings of ISMAEL CHITOU identified by finger prints inside the NJ. state database (DOB 11/19/1974) I found a small amount of dry processed marijuana in a cylindrical translucent plastic jar with a green lid. The jar was found inside of CHITOU's black colored drawstring bag. The black drawstring bag containing the translucent jar was in CHITOU's possession during my initial contact with him at Gunnison Beach Plaza.

VN E1117663
Case: NP23190207

The foregoing statement is based upon:

[X] my personal observation            [X] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  // 07/02/2023           Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)           U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEW JERSEY

| United States of America | ) |
|---|---|
| v. | ) |
| **CHITOU, ISMAEL**<br>**102 SYCAMORE AVE**<br>**LIVINGSTON, NJ 07039** | ) ) ) ) ) ) |
| _Defendant_ | ) ) |

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| NJ61 | E1117662 | 07/02/2023 |
| Offense(s) | | Amount Due |
| PROVIDING FALSE NAME TO FEDERAL LAW ENFORCEMENT OFFICER | | APPEARANCE REQUIRED |

## ARREST WARRANT

To:   Any authorized law enforcement officer

RECEIVED
USMS DISTRICT OF NEW JERSEY
MAY 2 2 2025
WARRANTS ENFORCEMENT SECTION

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: **April 23, 2025**

_Judge's signature_
HON. ANDREA D BERGMAN

### Return

| Received | Date: | Location: |
|---|---|---|
| | | |

_Executed by the arrest of the defendant._

| Arrested | Date: | Location: |
|---|---|---|
| | | |

Name: _____ Title: _____ District: _____

Date: _____ Signature: _____

E1117662

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 02, 2023 while exercising my duties as a law enforcement officer in the MONMOUTH District of New Jersey

At approximately 0717 hrs. at Gunnison Plaza, I Ranger R. LOVELACE badge# 721 in the course of an investigation was provided with a false name of "RADA A. COX" and a false date of birth "11/21/1984" by a male ISMAEL CHITOU. Mr. CHITOU was positively identified by fingerprinting in the neighboring town of HIGHLANDS NJ.

VN E1117662
Case: NP23190207

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 07/02/2023
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.